UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA LYNN HENICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:11-cv-147-NT |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER VACATING ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE AND JUDGMENT ENTERED MARCH 15, 2012**
**and**
**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 31, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on February 21, 2012, and no objections were filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. On March 15, 2012 an Order Affirming the Recommended Decision of the Magistrate Judge and Judgment were entered in error.

It is therefore **ORDERED** that the Order Affirming the Recommended Decision of the Magistrate Judge and Judgment entered March 15, 2012 are hereby **VACATED.** It is further **ORDERED** that the Recommended Decision of the

Magistrate Judge is hereby **ADOPTED**. The Commissioner's final decision is **VACATED** and the case is **REMANDED** for further proceedings consistent herewith.

    **SO ORDERED.**

Dated this 28th day of March, 2012.

                                                /s/ Nancy Torresen
                                                United States District Judge